**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 1:19-cv-24977-KMW**

WINDY LUCIUS,

    Plaintiff,

v.

PUBLIX SUPER MARKETS, INC.,

    Defendant.

_____/

**JOINT NOTICE OF SETTLEMENT**

    Plaintiff, Windy Lucius ("Plaintiff"), and Defendant, Publix Super Markets, Inc. ("Defendant") (Plaintiff and Defendant are collectively referred to as the "Parties"), hereby notify the Court that the Parties have reached an agreement in principle that resolves all claims that were or could have been brought in this action and are in the process of working on the Settlement Agreement. The Parties request that the Court stay all matters and pending deadlines in this Action, and grant the Parties thirty (30) days to finalize their written Settlement Agreement and to submit the appropriate notices and/or stipulations to the Court regarding dismissal of the Action.

Jointly submitted this 23<u>rd</u> day of January, 2020.

| | |
|---|---|
| **J. COURTNEY CUNNINGHAM, PLLC**<br>*Counsel for Plaintiff,*<br>*Windy Lucius*<br>8950 S.W. 74th Court, Suite 2201<br>Miami, Florida 33156<br>Telephone:     (305) 351-2014<br><br>By:   */s/ J. Courtney Cunningham*<br>     J. Courtney Cunningham, FBN 628166<br>     cc@cunninghampllc.com | **GRAYROBINSON, P.A.**<br>*Counsel for Defendant,*<br>*Publix Super Markets, Inc.*<br>333 S.E. 2nd Avenue, Suite 3200<br>Miami, Florida 33131<br>Telephone:     (305) 416-6880<br>Facsimile:       (305) 416-6887<br><br>By:   */s/ Anastasia Protopapadakis*<br>     Anastasia Protopapadakis, FBN 051426<br>     anastasia.protopapadakis@gray-robinson.com |