UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:19-cv-24977-KMW

WINDY LUCIUS,

    Plaintiff,

v.

PUBLIX SUPER MARKETS, INC.,

    Defendant.

_____/

**JOINT NOTICE OF SETTLEMENT AND**
**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, WINDY LUCIUS ("Plaintiff") and Defendant, PUBLIX SUPER MARKETS, INC. ("Defendant") (Plaintiff and Defendant are collectively referred to as the "Parties"), having entered into a Confidential Settlement Agreement and Release ("Agreement") that resolves all claims that were or could have been brought in this action by Plaintiff, hereby stipulate to the dismissal of this action with prejudice.

The Parties request that the Court retain jurisdiction to enforce the terms of the Parties' confidential settlement agreement.  *See Anago Franchising, Inc., v. Shaz, LL*C, 677 F.3d 1272, 1280 (11th Cir. 2012).  Attorneys' fees and other recoverable costs and expenses, if any, shall be disbursed as specified by the Parties in their Agreement.

Jointly submitted this 24th day of February, 2020.

| | |
|---|---|
| **J. COURTNEY CUNNINGHAM, PLLC**<br>*Counsel for Plaintiff*<br>8950 S.W. 74th Court, Suite 2201<br>Miami, Florida 33156<br>Telephone:  (305) 351-2014 | **GRAYROBINSON, P.A.**<br>*Counsel for Defendant*<br>333 S.E. 2nd Avenue, Suite 3200<br>Miami, Florida 33131<br>Telephone:  (305) 416-6880<br>Facsimile:  (305) 416-6887 |
| By:  */s/ J. Courtney Cunningham*<br>   J. Courtney Cunningham, FBN 628166<br>   cc@cunninghampllc.com | By:  */s/ Anastasia Protopapadakis*<br>   Anastasia Protopapadakis, FBN 051426<br>   anastasia.protopapadakis@gray-robinson.com |